UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Michael Mendoza,<br>*Plaintiff,*<br><br>v.<br><br>Louis DeJoy,<br>*Defendant.* | §<br>§<br>§<br>§   Case No. 1:22-CV-00045-JRN<br>§<br>§ |

**ORDER**

The Court recently referred this case to United States Magistrate Judge Mark Lane for the purposes of facilitating a mediation and resolving any issues related to the mediation. Mediation is currently scheduled for April 3, 2025.

In light of the referral and scheduled mediation, the Court **STAYS** and **CLOSES** the case. The stay will be lifted and the case reopened after mediation has concluded. This Order has no effect on the presently scheduled mediation or currently scheduled deadlines.

It is **SO ORDERED**.

**SIGNED** on March 28, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE