UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Mendoza, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:22-CV-00045-JRN |
| | § | |
| Doug Tulino, acting U.S. Postmaster General, | § | |
|    *Defendant*. | § | |

**ORDER**

On July 8, 2025, the parties submitted a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 63. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, this case is now **CLOSED**.

**SIGNED** on July 8, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE